IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA            PLAINTIFF

V.            CASE NO. 2:08CR86-SA-JAD

LARRY NORMAN            DEFENDANT

### ORDER GRANTING EXTENSION

This criminal matter is before the Court on a letter sent by the Federal Bureau of Prisons dated February 20, 2009, requesting a thirty day extension of time to complete the mental evaluation of Larry Norman.

The Court GRANTS this request and holds that the mental evaluation of Larry Norman shall be completed by May 5, 2009, and the report shall be available to this Court by June 2, 2009. From the time of the filing of the Motion for Psychiatric/Psychological Examination in this case, until such time as the psychiatric report is filed with the Court, such time is hereby excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7).

SO ORDERED this 2nd day of March, 2009.

/s/ Sharion Aycock
U. S. DISTRICT COURT JUDGE